PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:23-po-00091-CDB |
| Plaintiff, | [Citation #1200638, CA/71] |
| v. | |
| XUANYU XIAO, | MOTION AND ORDER FOR DISMISSAL |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Special Assistant United States Attorney, hereby moves to dismiss [Citation #1200638, CA/71] in Case No. 5:23-po-00091-CDB against XUANYU XIAO, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: March 27, 2023

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By:  /s/ *Chan Hee Chu*
     CHAN HEE CHU
     Special Assistant United States Attorney

# **O R D E R**

IT IS HEREBY ORDERED that Citation #E1200638, CA/71, in Case No. 5:23-po-00091-CDB against XUANYU XIAO be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **March 28, 2023**                             _____
                                                                                    UNITED STATES MAGISTRATE JUDGE